IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN MACLIN; RUBEN TOBIN;
DUSTIN ROBINSON; and GERARD
JOHNSON, all individually and on
behalf of others similarly situated                                      PLAINTIFFS

v.                           No. 4:12-cv-5-DPM

MONTGOMERY AND SONS
CONSTRUCTION, INC. and JOHN
MONTGOMERY, individually and
as owner/manager of Montgomery
and Sons Construction, Inc.                                              DEFENDANTS

## ORDER

Discovery problems are stalling this case. In light of Montgomery's recent change of counsel, the Court requests a joint five-page report on the discovery issues, as instructed in the Final Scheduling Order. *Document No. 25, at 3*. Report due by 10 January 2013. Motion to compel and for sanctions, *Document No. 55*, denied without prejudice. The Court approves the notice and consent form. *Document No. 51-1*.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2012