IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN MACLIN; RUBEN TOBIN;
DUSTIN ROBINSON; and GERARD
JOHNSON, all individually and on
behalf of others similarly situated                                    PLAINTIFFS

v.                                    No. 4:12-cv-5-DPM

MONTGOMERY AND SONS
CONSTRUCTION, INC. and JOHN
MONTGOMERY, individually and
as owner/manager of Montgomery
and Sons Construction, Inc.                                            DEFENDANTS

## ORDER

This afternoon the Court received the attached letter by fax from counsel

for Montgomery and Sons Construction, Inc., and John Montgomery.  The

Court appreciates the status report, but requests that in the future all counsel

communicate with the Court only by filings in the docket.  The hearing

scheduled for tomorrow afternoon will go forward.  The Court's recent

Orders, *Document Nos. 59 & 64*, were perfectly clear about Mr. Montgomery's

obligation to appear at the hearing with his records.  If he chooses not to do

so, then the Court will consider sanctions, including requiring Montgomery

to show cause why he should not be held in contempt.  As planned, the Court

will also take up the motion to withdraw at the hearing.

So Ordered.

D.P. Marshall Jr.
United States District Judge

 12 February 2013



# HOPKINS & HOLMES
ATTORNEYS AT LAW, PLLC

Kevin R. Holmes                                                    krholmes@hopkinsholmes.com

615 North Plaza Drive                                             Fort Smith (479) 782-1300
P.O. Box 7359                                                     Van Buren (479) 922-2175
Van Buren, AR 72956                                              Facsimile (479) 922-2176

February 12, 2013

**VIA FACSIMILE - (501) 604-5417**
Hon. Judge Price Marshall
United States District Court
600 West Capitol, Room B155
Little Rock, AR 72201

> RE:   Stephen Maclin; Ruben Tobin; Dustin Robinson; and
>       Gerald Johnson v Montgomery and Sons Construction, Inc.
>       Case No. 4:12-cv-5-DPM

Dear Judge Marshall:

I am writing concerning the above captioned matter, and the hearing currently set for tomorrow, February 13, 2013, at 1:00pm. Today, I had a meeting planned with my client, John Montgomery and his secretary, Shelly Deardorff. At the meeting, I was informed by Ms. Deardorff that Mr. Montgomery was in Mexico, and would not be returning until late Thursday evening, thus being unavailable for the hearing tomorrow. According to Ms. Deardorff, Mr. Montgomery believed that the hearing was still set for February 20, 2013, despite my notification to the contrary.

I am writing as a courtesy to the Court and Mr. Holleman to avoid any unnecessary expense and waste of the Court's time. I am prepared to appear if the Court desires, along with Ms. Deardorff, but I do not believe that Mr. Holleman or the Court will be able to accomplish what it desired at the hearing without Mr. Montgomery's presence. I apologize for any part my office played in this delay, and once again, renew my request for the Court to allow me to withdraw from this case.

By this letter I am notifying opposing counsel, John Holleman, of my communication with the Court. If the Court should have any questions or wishes to discuss this matter, please do not hesitate to contact my office at any one of the above numbers.

Hon. Judge Price Marshall
February 12, 2013
Page Two

Very Truly,

Kevin R. Holmes

KRH/mss
cc:      John Holleman Fax (501) 975-5043



# HOPKINS & HOLMES
## ATTORNEYS AT LAW, PLLC

Carl W. Hopkins, P.A.                                    Kevin R. Holmes, P.A.

615 North Plaza Drive                                Fort Smith (479) 782-1300
P.O. Box 7359                                        Van Buren (479) 922-2175
Van Buren, AR 72956                                 Facsimile (479) 922-2176


## FACSIMILE COVER SHEET


DATE:       February 12, 2013

TO:         Hon. Judge Price Marshall

FROM:       Kevin R. Holmes

NUMBER OF PAGES TO FOLLOW:  2

TO FAX NO.      (501) 604-5417

FROM FAX NO.    (479) 922-2176

IF YOU HAVE QUESTIONS OR PROBLEMS CONCERNING THIS TRANSMISSION,
PLEASE CALL (479) 922-2175.


RE:   Stephen Maclin; Ruben Tobin; Dustin Robinson; and Gerald Johnson v Montgomery and
      Sons Construction, Inc.
      Case No. 4:12-cv-5-DPM


UNLESS OTHERWISE INDICATED, OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE
MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE NOTIFY
US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR
EXPENSE. THANK YOU.