IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN MACLIN; RUBEN TOBIN;
DUSTIN ROBINSON; and GERARD
JOHNSON, all individually and on
behalf of others similarly situated                                            PLAINTIFFS

v.                              No. 4:12-cv-5-DPM

MONTGOMERY AND SONS
CONSTRUCTION, INC. and JOHN
MONTGOMERY, individually and
as owner/manager of Montgomery
and Sons Construction, Inc.                                                    DEFENDANTS

ORDER

Magistrate Judge Young will be in the courthouse and available to resolve any disputes arising during the 7 March 2013 deposition of John Montgomery, starting at 9:00 a.m. in my courtroom.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 February 2013