IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN MACLIN; RUBEN TOBIN;
DUSTIN ROBINSON; and GERARD
JOHNSON, all individually and on
behalf of others similarly situated                               PLAINTIFFS

v.                          No. 4:12-cv-5-DPM

MONTGOMERY AND SONS
CONSTRUCTION, INC. and JOHN
MONTGOMERY, individually and
as owner/manager of Montgomery
and Sons Construction, Inc.                                       DEFENDANTS

## JUDGMENT

The Plaintiffs' claims are dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2013